# Exhibit B



## ABOUT DANIEL BOULUD - CAREER HIGHLIGHTS

*Originally from Lyon, Chef Daniel Boulud is widely celebrated as one of America's leading culinary authorities. Since arriving in New York City in 1982, he has continually evolved his cuisine and expanded his reach to properties across the U.S., as well as London, Toronto, Montreal and Singapore.*

*His culinary empire has brought him many accolades, yet his inspiration remains grounded in the rhythm of the seasons. From his flagship, Daniel, to his properties across the globe, Boulud's signature remains the contemporary appeal he brings to soulful dishes rooted in the French tradition.*

**DECEMBER 2018**
*15th Anniversary of Café Boulud Palm Beach*
• With a touch of South Florida flavor, Café Boulud Palm Beach celebrated 15 years of serving loyal guests.

**SEPTEMBER 2018**
*20th Anniversary of Café Boulud New York*
• Named after his family's café outside of Lyon, Café Boulud New York celebrated two glorious decades of seasonal French fare driven by Daniel Boulud's four culinary muses: la tradition, la saison, le potager and le voyage.

**MAY 2018**
*25th Anniversary of DANIEL*
• Daniel Boulud's flagship restaurant, DANIEL, celebrated a milestone 25-year anniversary of hospitality, creativity and excellence, both in the kitchen and the dining room.

**APRIL 2018**
*Elite Traveler's 2018 Lifetime Achievement Award*
• Daniel Boulud is honored with Elite Traveler's prestigious Lifetime Achievement Award, and Restaurant DANIEL also ranked in Elite Traveler's Top 100 Restaurants in the World.

**JANUARY 2018**
*db bistro moderne Makes Way for Boulud Sud*
• From France to the Mediterranean, Chef Daniel Boulud's Boulud Sud, a vibrant celebration of the sun and the sea, opened its second location in Miami.

**OCTOBER 2017**
*Letters to a Young Chef*
• A message for aspiring young chefs, Daniel Boulud published an updated version of Letters to a Young Chef 14 years after its initial release.

**JULY 2017**
*Daniel Boulud Honored as a Guest Chef at the Michelin-Starred Restaurant Ikarus*
• Chef Martin Klein and Red Bull Founder Dietrich Mateschitz invite Daniel to participate in the monthly guest chef residency at Ikarus in Salzburg. Located onsite at Hangar-7, an aviation museum housing Mateschitz's personal aircraft collection, the Michelin-starred restaurant has hosted dozens of guest chefs from across Europe and the globe.

**MARCH 2017**
*20TH Annual Citymeals on Wheels Sunday Supper at DANIEL*
• Daniel invites fellow chefs from across the globe – Ludo Lefebvre, Grant Achatz, Heinz Reitbauer and more – to participate in Citymeal's annual gala fundraiser. In 2017, the event raises 840K, benefitting the delivery of nutritious meals to homebound elderly New Yorkers.

**JANUARY 2017**
*Team USA Earns Gold at the Bocuse d'Or*
- With the support of the Ment'or BKB Foundation - a culinary mentorship organization overseen by Chefs Daniel Boulud, Thomas Keller and Jerome Bocuse - Team USA earns its very first medal at the Bocuse d'Or competition in Lyon, France.

**DECEMBER 2016**
*Daniel Boulud Portrait Installed in the 2nd Avenue Subway*
- Artist Vik Muniz honors Daniel's contributions to the Upper East Side in a permanent art installation at the 72nd street station of the new 2nd Avenue Subway extension. The exhibit features portraits of real New Yorkers, exquisitely recreated in mosaic tiles.

**OCTOBER 2016**
*Épicerie Boulud Opens Third Location in the Oculus World Trade Center*
- Following the success of two uptown locations of Épicerie Boulud – near Lincoln Center and in the Plaza Food Hall – Daniel expands his gourmet eat-in / takeout market to a new location in the heart of NYC's revitalized downtown.

**JUNE 2016**
*DANIEL Named Among Wine Enthusiast's "100 Best Wine Restaurants"*
- DANIEL is named one of only nine "classic" American restaurants on Wine Enthusiast's 2016 list. The category recognizes restaurants over ten years old that remain innovative references for excellence within the industry.

**JUNE 2016**
*Épicerie Boulud Named "Best of New York"*
- In New York Magazine's annual "Best of New York" roundup, Épicerie Boulud's boulangerie showed its French flair, earning the #3 baguette and #4 croissant in New York City.

**DECEMBER 2015**
*Café Boulud in Palm Beach Redesigned*
- After 12 years, the beloved Café Boulud in Palm Beach gets a new look. With an expanded bar and warm neutral tones, the elegant décor mirrors a refreshed menu, featuring lighter fare and a focus on fresh produce.

**JUNE 2015**
*Lifetime Achievement Award - World's 50 Best Restaurants*
- Daniel receives this prestigious honor, noting his contributions to the industry in the fields of "entrepreneurship, service culture and embracing new ideas." In accepting the award, Daniel noted, "To me, this award is maybe my mid-life achievement award…because I have a lot more to prove in this world of cooking."

**OCTOBER 2014**
*"Small Plates" – New York Times Viral Video*
- In conjunction with the release of The New York Times Magazine's Fall 2014 food issue, the publication invited six second graders from Brooklyn's P.S. 295 to dine at Daniel. The whimsical video instantly went viral and has become one of Chef Boulud's most iconic appearances in the press.

**SEPTEMBER 2015**
*Café Boulud Toronto Reopens*
- A reimagined Café Boulud reopens at the Four Seasons Toronto. The midcentury design evokes a Mad Men feel, while a new menu of soulful French classics and the buzzing cocktail bar receive raves from The Globe and Mail and Toronto Star.

**JANUARY 2015**
*Team USA Wins Silver at Bocuse d'Or*
- Under the guidance of Chef Daniel Boulud and other culinary leaders, Team USA reaches the Bocuse d'Or podium for the first time in the history of the international culinary competition.

**NOVEMBER 2014**
*Épicerie Boulud Opens at the Plaza Food hall*
- The second location of Daniel's retail café, Épicerie Boulud, opens in the iconic Plaza Hotel on Central Park in NYC.

**SEPTEMBER 2014**
*DBGB Kitchen & Bar Opens in Washington, D.C.*
- Daniel Boulud's second DBGB Kitchen & Bar - fresh take on the classic French brasserie - opens at CityCenterDC in Penn Quarter, bringing his cuisine to the city for the first time since he was a private chef in the 80s.

**SEPTEMBER 2014**
*Launch of Daniel Boulud Smoked Salmon*
- Distributed under the new "Daniel Boulud" label, Chef Boulud creates recipes for three flavors of smoked salmon, first available at launch exclusively at Whole Foods Market. Today the product can also be purchased at Épicerie Boulud and other fine grocers.

**SEPTEMBER 2014**
*Bar Boulud Opens in Boston*
- Daniel Boulud's third Bar Boulud, a French-inspired bistro and wine bar, opens at the Mandarin Oriental in Boston, Daniel's first restaurant there.

**APRIL 2014**
*db Brasserie Opens in Las Vegas*
- Daniel opens db Brasserie at The Venetian® Las Vegas on Restaurant Row. The restaurant features signature French-American cuisine with an atmosphere of contemporary design.

**JANUARY 2014**
*Daniel Launches Chefs Deliver for Citymeals-on-Wheels*
- Daniel and Charlie Palmer launch a program, recruiting other NYC chefs to produce and hand-deliver meals to homebound elderly on a monthly basis.

**OCTOBER 2013**
*Named Citymeals-on-Wheels Co-President*
- Daniel Boulud is named Co-President of the Citymeals-on-Wheels Board of Directors, after many years of involvement with the charity, including hosting an annual Sunday Supper at Daniel.

**OCTOBER 2013**
*DANIEL: My French Cuisine Published*
- Driven by his love of French food, Daniel publishes his eighth cookbook, a definitive guide documenting more than 75 signature recipes, 12 home recipes, and essays by Bill Buford on 10 iconic French dishes rarely seen today.

**MAY 2013**
*20th Anniversary of DANIEL*
- Restaurant DANIEL celebrates twenty years of serving loyal patrons on the Upper East Side.

**MAY 2012**
*Maison Boulud Opens in the Iconic Ritz-Carlton Montréal*
- Restaurant Maison Boulud, offering soulful contemporary French food, opens within the highly-regarded, iconic hotel Ritz-Carlton Montréal.

**MAY 2012**
*Honorary "Doctor of Culinary Arts"*
- Daniel is presented with an honorary culinary degree by Johnson & Wales University.

**NOVEMBER 2011**
*Eckart Witzigmann Prize*
• Daniel receives the prestigious International Ickart Witzigmann Prize, honoring exceptional achievement in the culinary arts.

**MAY 2011**
*Boulud Sud and Épicerie Boulud Open in NYC*
• Boulud Sud and Épicerie Boulud open on the Upper West Side at 64th street and Broadway, alongside sister restaurant Bar Boulud. Boulud Sud focuses on lighter cuisine from across the Mediterranean, while Épicerie Boulud is the first retail concept for Chef Daniel.

**MARCH 2011**
*CIA "Chef of the Year"*
• Daniel Boulud receives the Culinary Institute of America's "Chef of the Year" Augie Award.

**DECEMBER 2010**
*db Bistro & Oyster Bar Opens in Singapore*
• Located in the luxurious Marina Bay Sands Resort & Casino, db Bistro & Oyster Bar offers an exciting mix of traditional French bistro cooking with contemporary American flavors.

**NOVEMBER 2010**
*db Bistro Moderne Opens in Miami*
• Daniel opens his second location of db Bistro Moderne, located in downtown Miami's JW Marriott Marquis hotel. The restaurant's highly seasonal cuisine is inspired by both traditional French dishes and the fresh produce of local markets.

**MAY 2010**
*Bar Boulud Opens in London*
• The second Bar Boulud opens at London's Mandarin Oriental Hyde Park, bringing Daniel's famous burgers (and more) across the pond, and offering a modern American approach to the traditional French bistro.

**2010**
*DANIEL - James Beard Foundation Award, Outstanding Restaurant*
• The sixth of Chef Boulud's James Beard Foundation Awards, this honor extends to the full staff at DANIEL, recognizing their commitment to service, exquisite cuisine and overall standard of excellence.

**JUNE 2009**
*DBGB Kitchen and Bar Opens in NYC*
• DBGB Kitchen and Bar is Daniel's first downtown NYC restaurant, one of the first restaurants to open in a now-trendy area. The name is an homage to the iconic music venue "CBGB," which was once a destination a few doors down on the Bowery.

**SUMMER 2009**
*Launch of Bocuse d'Or USA*
• Daniel becomes Chairman and co-founder of Bocuse d'Or USA (now called Ment'Or BKB Foundation), a nonprofit organization that, among other things, selects, trains and supports US competitors for the Bocuse d'Or international culinary competition held biannually in Lyon, France.

**2009**
*DANIEL - James Beard Foundation Award, Outstanding Service*
• The fifth of Daniel Boulud's James Beard Foundation Awards, recognizes the restaurant's commitment to the highest standards of excellence hospitality.

**JANUARY 2008**
*Bar Boulud Opens in NYC*
• Bar Boulud, a casual bistro inspired by the dishes of Daniel's native Lyon, opens on the corner of 64th street and Broadway on the Upper West Side.

**2006**

*After Hours with Daniel Boulud*
- TV series After Hours with Daniel Boulud runs for three seasons, a program where Chef Daniel invites celebrity guests and top chef friends to go behind-the-scenes at America's best restaurants, trade recipes, culinary secrets, and untold stories.

**2006**

*James Beard Foundation Award – Outstanding Restaurateur*
- Daniel takes home his fourth James Beard Foundation Award, recognizing his excellence not just as a chef, but also as a business owner and leader in the restaurant industry.

**2003**

*Café Boulud Opens in Palm Beach*
- The second location of Café Boulud opens in Palm Beach at the elegant Brazilian Court Hotel.

**2001**

*db bistro moderne Opens in NYC*
- db bistro moderne, featuring seasonal French bistro fare and updated classics, opens in NYC. It is also the home of the "DB Burger," which jumpstarted the gourmet burger craze with its famous blend of foie gras, braised short ribs and black truffle.

**1998**

*DANIEL Reopens on 65th Street*
- Restaurant DANIEL reopens in its new home at 60 East 65th Street, in the former Le Cirque space, when Daniel was the chef there. The restaurant still occupies that location today.

**1998**

*Café Boulud Opens in NYC*
- Café Boulud opens in the space previously occupied by restaurant DANIEL, earning three stars in The New York Times, and one star in the Michelin Guide.

**1997**

*First "Sunday Supper"*
- Daniel hosts his first ever "Sunday Supper," benefitting Citymeals-on-Wheels, a charity providing nutritious meals to homebound elderly in NYC.

**1994**

*Feast & Fêtes Catering Opens*
- Customers can now experience DANIEL at home or the venue of their choice, with the launch of the exclusive catering company, Feast & Fêtes.

**1995**

*Daniel's First Column in Elle Décor, "Daniel's Dish,"*
- Daniel pens his first column in Elle Décor, "Daniel's Dish," featuring elegant home cooking. The column continues today and celebrated 20 years in 2015.

**1994**

*James Beard Foundation Award - "Outstanding Chef"*
- Daniel takes home his second James Beard Foundation Award. It is the first to celebrate his work as an independent Chef/Restaurateur at DANIEL.

**1993**

*DANIEL Opens in NYC*
- Daniel boldly strikes out on his own to open his first restaurant, Daniel, on 76th street in the heart of Manhattan's Upper East Side.

**1992**

*James Beard Foundation Award - "Best Chefs in America"*
- Daniel takes home his first of what will become six career James Beard Foundation awards. This first award recognizes Daniel's work as the Executive Chef of Le Cirque.

**1988**

*Food & Wine "Best New Chefs"*
- Daniel joins the first class of this annual Food & Wine chef roundup. The initiative was designed to single out the next generation of promising young chefs to watch.

**1986-1992**

*Executive Chef, Le Cirque, NYC*
- Daniel is named Executive Chef of iconic restaurant Le Cirque in NYC and earns a coveted four-star review in The New York Times.

**1984-86**

*Executive Chef, Le Régence, Plaza-Athentée, NYC*
- Daniel joins the kitchen at the Plaza-Athenée Hotel in New York, taking over as Executive Chef of Le Régence.

**1982-84**

*Daniel Arrives in NYC*
- Daniel moves to New York and begins working as Chef-Adjoint at the Polo Lounge in The Westbury Hotel on the Upper East Side. One of the others working with him is the kitchen is young american cook Thomas Keller.

**1981-82**

*Private Chef, Washington, D.C.*
- Daniel is appointed Chef for Roland de Kergorlay, Ambassador of the European Commission in Washington, D.C.

**1979-80**

*Chef de Cuisine, Les Étoiles, Copenhagen*
- Daniel works under Chef/Owner Jan Hurtigkarl at Les Étoiles, voted number one restaurant in Denmark in 1980.

**1979**

*Sous-Chef, The Plaza Hotel, Copenhagen*
- Daniel returns to Copenhagen to work as the sous-chef at The Plaza Hotel.

**1978**

*Les Prés d'Eugénie, France*
- Daniel works for Michel Guérard as the Chef de Partie at Les Prés d'Eugénie, a three-Michelin star restaurant in Eugénie-les-Bains, France.

**1976-78**

*The Plaza Hotel, Copenhagen*
- Daniel's first experience working abroad at The Plaza Hotel, a four-star hotel in Copenhagen, Denmark.

**1974-1976**

*Le Moulin de Mougins, France*
- Daniel works under Roger Vergé first as a cook, then Chef de Partie, at the three-Michelin star restaurant Le Moulin de Mougins, in Mougins, France.

**1973-1974**

*La Mère Blanc, France*
- Under Georges Blanc, Daniel works as a cook at the three Michelin star restaurant La Mère Blanc, in Vonnas, France.

**1972**

*Finalist, Best Culinary Apprentice in France*
• Daniel is honored as a finalist for the Best Culinary Apprentice in France.

**1969-72**

*Apprenticeship at Nandron*
• Daniel has his first experience working in a kitchen under chef Gérard Nandron, at the two-Michelin star restaurant Nandron in Lyon, France.

**1955**

*Daniel's Childhood*
• Daniel Boulud is born in 1955 and grows up on his family farm in Saint-Pierre-de-Chandieu, France, outside Lyon.

**– FIN –**