```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BARBARA ELIAAS et al.,                              :
                                                    :
                        Plaintiffs,                 :
                                                    :           20-CV-3117 (JPC)
        -v-                                         :
                                                    :           NOTICE OF
THE DINEX GROUP, LLC et al.,                        :           REASSIGNMENT
                                                    :
                        Defendants.                 :
                                                    :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

   This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

   SO ORDERED.

Dated: December 1, 2020                        _____
       New York, New York                               JOHN P. CRONAN
                                                     United States District Judge