UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Barbara Eliaas et al.,
                                Plaintiffs,
        -against-
The Dinex Group, LLC et al.,
                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2021

1:20-cv-03117 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on March 29, 2021, Plaintiffs' counsel filed a motion for conditional certification of a settlement class and for preliminary approval of a class action settlement (Pls.' 3/29/21 Not. of Mot., ECF No. 74), as well as a memorandum of law and accompanying Declaration (Pls.' 3/29/21 Mem., ECF No. 75; Lee Decl., ECF No. 76); and

WHEREAS, Plaintiffs' submissions are incomplete and raise certain questions for the Court.

NOW, THEREFORE, it is hereby ORDERED that, no later than April 6, 2021, Plaintiffs' counsel shall:

1. File a fully executed version of the Settlement Agreement;[1]

2. File the form of Notice of Proposed Settlement ("Notice") that is referred to in Sections 1.20 and 2.3(C) of the Settlement Agreement as Exhibit A;[2]

3. File a letter addressing the following questions:

---

[1] The version of the Settlement Agreement filed at ECF No. 76-1 does not contain Plaintiffs' counsel's signature on the last page.

[2] The version of the Settlement Agreement filed at ECF No. 76-1 does not include an Exhibit A.

   a. Did Defendants stipulate to a class period (referred to in Plaintiffs' memorandum as the "Relevant Period") and, if so, what is the class period?

   b. What compensation is to be paid to Rust Consulting for its services as claims administrator?

   c. What percentage of the class speaks a foreign language (*e.g.*, Spanish), and is there is a plan to translate the Notice into such foreign language(s)?

4. Send Microsoft Word versions of the Notice, as well as the Proposed Order (ECF No. 76-2), to the Court via email at Aaron_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated:     New York, New York
           March 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge