# Lee Litigation Group, PLLC

148 W. 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

March 30, 2021

**Via ECF**

The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, NY 10007

        Re:    *Eliaas, et al. v. The Dinex Group, LLC., et al.*
             Case No. 20-cv-3117

Dear Judge Aaron:

    We are counsel to Plaintiffs in the above-referenced matter and write in response to Your Honor's Order dated March 30, 2021 to provide the fully executed Settlement Agreement and Class Notice form, attached hereto as Exhibit A.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF