IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID RIVAS, EDGAR MONTES, GABRIEL PUCHA, JULIO RODRIGUEZ, PORFIRIO SUAREZ, ZAKIR HOSSAIN, CARLOS CRUZ, ERIK MEDINA, FABIO LOZANO, JHONNY NAVARRA, JULIO PINA, and GIOVANNI LUJAN, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, <br><br>                                  Plaintiffs, <br><br>     v. <br><br> THE DINEX GROUP, LLC, 44TH STREET RESTAURANT LLC d/b/a DB BISTRO MODERNE, BOWERY RESTAURANT LLC d/b/a DBGB KITCHEN AND BAR, 58TH STREET CAFÉ LLC d.b/a EPICERIE BOULUD, 64 WEST RESTAURANT LLC d/b/a BAR BOULUD, 65TH STREET RESTAURANT LLC d/b/a DANIEL d/b/a THE BAR AT DANIEL, 76TH STREET RESTAURANT LLC d/b/a CAFÉ BOULUD d/b/a BAR PLEIADES, GREENWICH STREET CAFÉ LLC d/b/a EPICERIE BOULUD and DANIEL BOULUD, <br><br>                                  Defendants. | Case No.: 20-cv-03117 <br><br> **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final Approval") and (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA

Settlement, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter the proposed Order, attached hereto as **EXHIBIT A**.

Dated: June 22, 2021            Respectfully submitted,

                                   **LEE LITIGATION GROUP, PLLC**

                                   By:     */s/ C.K. Lee*
                                                C.K. Lee, Esq.
                                                Anne Seelig, Esq.
                                                148 West 24th Street, Eighth Floor
                                                New York, NY 10011
                                                Tel.: 212-465-1188
                                                *Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*