# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID RIVAS, EDGAR MONTES, GABRIEL PUCHA, JULIO RODRIGUEZ, PORFIRIO SUAREZ, ZAKIR HOSSAIN, CARLOS CRUZ, ERIK MEDINA, FABIO LOZANO, JHONNY NAVARRA, JULIO PINA, and GIOVANNI LUJAN, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*, <br><br> Plaintiffs, <br><br> v. <br><br> THE DINEX GROUP, LLC, 44TH STREET RESTAURANT LLC d/b/a DB BISTRO MODERNE, BOWERY RESTAURANT LLC d/b/a DBGB KITCHEN AND BAR, 58TH STREET CAFÉ LLC d.b/a EPICERIE BOULUD, 64 WEST RESTAURANT LLC d/b/a BAR BOULUD, 65TH STREET RESTAURANT LLC d/b/a DANIEL d/b/a THE BAR AT DANIEL, 76TH STREET RESTAURANT LLC d/b/a CAFÉ BOULUD d/b/a BAR PLEIADES, GREENWICH STREET CAFÉ LLC d/b/a EPICERIE BOULUD and DANIEL BOULUD, <br> Defendants. | Case No.: 20-cv-03117 <br><br> **NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, ADMINISTRATION FEES AND REIMBURSEMENT OF EXPENSES** |

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel 33% of the Net Settlement Fund established by Defendants in the amount of $12,069.67, plus costs and expenses in the amount of $13,029.04, to be paid

from the Settlement Fund; and (2) awarding Rust Consulting, Inc., as Settlement Administrator, administration fees of $8,196.00, to be paid from the Settlement Fund.

Dated: June 22, 2021					Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/ C.K. Lee*
C.K. Lee (CL 4086)
Anne Seelig (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*