UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David Rivas, et al.,

                Plaintiffs,

-against-

The Dinex Group, LLC et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2021

1:20-cv-03117 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    WHEREAS, on June 22, 2021, Plaintiffs' counsel, Lee Litigation Group PLLC ("Lee Litigation Group"), filed a motion for final approval of the class settlement (ECF No. 83), as well as a motion to approve the attorneys' fees and expenses of Lee Litigation Group (ECF No. 88), and related documents; and

    WHEREAS, included as part of the expenses is the sum of $7,043.99 for "Investigation" (*see* ECF No. 81); and

    WHEREAS, the Court is scheduled to hold a fairness hearing on July 7, 2021, after which the Court will be issuing a final Order regarding the settlement.

    NOW, THEREFORE, it is hereby ORDERED that, no later than July 2, 2021, Plaintiffs' counsel shall:

1. File a letter setting forth a description of what is included as part of the "Investigation" expenses and providing a breakdown of each component of such expenses.
2. Send a Microsoft Word version of the Proposed Order filed at ECF No. 83-1 to the Court via email at Aaron_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated:   New York, New York
         June 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge